```
1  THOMAS P. O'BRIEN
   United States Attorney
2  SANDRA R. BROWN
   Assistant United States Attorney
3  Chief, Tax Division
   DANIEL LAYTON (SBN 240763)
4  Assistant United States Attorney
      Room 7211 Federal Building
5     300 North Los Angeles Street
      Los Angeles, CA 90012
6     Telephone: (213) 894-6165
      Facsimile: (213) 894-0115
7     Email: Daniel.Layton@usdoj.gov

8  Attorneys for Petitioner
   United States of America
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| United States of America, | Case No. CV08-7994-R (FMOx) |
| Petitioner, | |
| vs. | **Amended** Order to Show Cause |
| Miriam Rhee, President of Jiwoo, Incorporated, | Date: Monday, March 30, 2009<br>Time: 11:00 AM<br>Courtroom: 8 |
| Respondent. | Address: Hon. Manuel L. Real<br>    United States Courthouse<br>    312 N. Spring Street<br>    Los Angeles, CA 90012 |

Upon the Petition and supporting Memorandum of Points and Authorities, and the supporting Declaration in Support of Petition to Enforce Internal Revenue Service Summons, the Court finds that Petitioner has established its *prima facie* case for judicial enforcement of the subject Internal Revenue Service (IRS) summons. See United States v. Powell, 379 U.S. 48, 57-58, 85 S.Ct. 248, 13 L.Ed.2d 112 (1964).

Therefore, **IT IS ORDERED** that Respondent appear before this District Court of the United States for the Central District of

California, at the following address on specified dated and time, and show cause why the testimony and production of books, papers, records, and other data demanded in the subject IRS summons should not be compelled:

Date:         Monday, March 30, 2009
Time:         11:00 AM
Courtroom:    8
Address:      United States Courthouse
              312 N. Spring Street, Los Angeles, California, 90012

**IT IS FURTHER ORDERED** that copies of the following documents be served on Respondent by personal delivery or certified mail:

1. This Amended Order; and
2. The Petition, Memorandum of Points and Authorities, and accompanying Declaration.

Service may be made by any employee of the IRS or the United States Attorney's Office.

**IT IS FURTHER ORDERED** that within ten (10) days after service upon Respondent of the herein described documents, Respondent shall file and serve a written response, supported by appropriate sworn statements, as well as any desired motions. If, prior to the return date of this Order, Respondent files a response with the Court stating that Respondent does not oppose the relief sought in the Petition, nor wish to make an appearance, then the appearance of Respondent at any hearing pursuant to this Order to Show Cause is excused, and Respondent shall comply with the summons within ten (10) days thereafter.

**IT IS FURTHER ORDERED** that all motions and issues raised by the pleadings will be considered on the return date of this Order.  Only those issues raised by motion or brought into controversy by the responsive pleadings and supported by sworn statements filed within ten (10) days after service of the herein described documents will be considered by the Court.  All allegations in the Petition not contested by such responsive pleadings or by sworn statements will be deemed admitted.

DATED: February 9, 2009   _____

                                    HON. MANUEL L. REAL
                                    U.S. DISTRICT COURT JUDGE

Respectfully submitted,

THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division


DANIEL LAYTON
Assistant United States Attorney
Attorneys for United States of America